UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

PRESTON HOLLOW CAPITAL LLC,

                           Plaintiff,                    22 mc 141 (PKC)

       -against-

                                             ORDER

FMSBonds, Inc.,

                           Defendants.

-------------------------------------------------------------x

P. KEVIN CASTEL, U.S.D.J.

      This case is administratively closed.  It was a discovery dispute transferred from

another district related to 20-cv-5597 that has settled and is closed.

      SO ORDERED.

P. Kevin Castel
United States District Judge

Dated: New York, New York
      January 29, 2024